```
                UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF TENNESSEE
                     NASHVILLE DIVISION
```

```
 BEVERLY JENNETT,                )
                                 )
         Plaintiff,              )
                                 )         NO. 3:10-1175
 v.                              )         Judge Haynes/Bryant/Brown
                                 )
 E.I. DUPONT De NEMOURS          )
    AND COMPANY                  )
         Defendant.              )
```

**ORDER**

A settlement conference was held with the parties in this matter on July 13, 2011. The parties have now advised the Court that a settlement satisfactory to both side was reached.

Accordingly, the parties shall file an proposed agreed stipulation of dismissal with the Court within 30 days of entry of this order.

It appears nothing further remains to be done by the Magistrate Judge and the Clerk is directed to return the file to District Judge William J. Haynes for the entry of dismissal.

SO ORDERED.

/S/ Joe B. Brown
_____
JOE B. BROWN
U.S. Magistrate Judge